IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDICE GAIR, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>GREAT STAR TOOLS USA, INC.,<br><br>    Defendant. | No. 4:21-CV-00976<br><br>(Chief Judge Brann) |

# ORDER

### September 14, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Gair's Motion for Class Certification (Doc. 47) is **GRANTED**;

2. This matter shall be maintained as a class action in accordance with Federal Rule of Civil Procedure 23 on behalf of the following class of plaintiffs:

> All persons who: (i) worked at or reported to Shop Vac's Facility in Williamsport, Pennsylvania; (ii) were terminated from employment on or about September 15, 2020 and within 90 days of that date, or as the reasonably foreseeable consequence of the mass layoff or plant closing ordered by Shop Vac on or about September 15, 2020; (iii) are "affected employees" within the meaning of 29 U.S.C. § 2101(a)(5); and (iv) have not filed a timely request to opt-out of the class.

3. This matter shall further contain a subclass composed of the following individuals:

> Members of the class who, after September 15, 2020, were employed by Great Star Tools USA, Inc., or one of its subsidiaries, and as part of their hiring and/or employment, signed a Company Dispute Resolution Policy form or similar form purporting to evidence an arbitration agreement.

4. Plaintiff Candice Gair is certified as class representative;

5. Rachael Berry is hereby added as a named plaintiff in this matter and is certified as a representative of the subclass;

6. Raisner Roupinian LLP is appointed to serve as class counsel; and

7. On or before Thursday, October 12, 2023, Plaintiffs shall submit to the Court a revised proposed form of notice to the class that accounts for the new subclass.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge