# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDICE GAIR and RACHEL BERRY, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT STAR TOOLS USA, INC.,<br><br>Defendant. | No. 4:21-CV-00976<br><br>(Chief Judge Brann) |

## ORDER

### FEBRUARY 21, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Great Star's putative motion for partial summary judgment (Doc. 74) is **DENIED**;

2. Great Star's motion to amend (Doc. 82) is **GRANTED**; and

3. The stay of the Court's Order directing a revised proposed form of notice to the class and subsequent distribution of said notice is hereby **LIFTED**, and Plaintiffs are directed to submit to the Court a revised proposed form of notice to the class on or before Wednesday, March 6, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge